```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9  LOM SAALEEPHIW,                )    1:04-cv-6293 REC LJO
                                   )
10              Plaintiff,         )    STIPULATION AND ORDER
                                   )    TO EXTEND TIME
11                                 )
                v.                 )
12                                 )
    JO ANNE B. BARNHART,           )
13  Commissioner of Social         )
    Security,                      )
                                   )
14              Defendant.         )
    _____)
15
16       The parties, through their respective counsel, stipulate
17  that defendant's time to respond to plaintiff's opening brief be
18  extended from June 22, 2005 to July 22, 3005.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25
26
                                   1
```

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

5                                     Respectfully submitted,

6 Dated: June 22, 2005

7                                     /s/ Gina M. Fazio
                                      (as authorized by facsimile)
8                                     GINA M. FAZIO
                                      Attorney for Plaintiff
9

10
   Dated: June 22, 2005              McGREGOR W. SCOTT
11                                   United States Attorney

12
                                     /s/ Kristi C. Kapetan
13                                   KRISTI C. KAPETAN
                                     Assistant U.S. Attorney
14

15

16

17

18     IT IS SO ORDERED.

19 **Dated:   June 22, 2005**              **/s/ Lawrence J. O'Neill**
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26