IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOM SAALEEPHIW,<br><br>       Plaintiff,<br><br>       vs.<br><br>JO ANNE BARNHART,<br>Commissioner of Social Security,<br><br>       Defendant.<br>_____/ | CASE NO. CV-F-04-6293 REC LJO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 16.) |

On September 2, 2005, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days of the date of service thereof.  The parties have not filed timely objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Fed.R.Civ.P. 72(b) and Local Rule 73-304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/////

/////

/////

1

1    Accordingly, the Court HEREBY ORDERS as follows:

2    1.    The findings and recommendations, filed September 2, 2005, are ADOPTED in full; and

3    2.    The decision of the ALJ is REVERSED and the case is REMANDED for further administrative proceedings consistent with the findings and recommendations, including reevaluating the opinion of Dr. Collada and recontacting Dr. Collada if, in the opinion of the ALJ, clarification or further information is necessary.

IT IS SO ORDERED.

**Dated:   September 28, 2005**          /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE

2